

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-19-00726-CR & 04-19-00727-CR

James **CARDONA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR6794 & 2017CR6795
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice